UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BARTON LLP,                                                   :
                                                              :     **ORDER**
                                            Plaintiff,        :
                                                              :     23 Civ. 6290 (AKH)
            v.                                                :
                                                              :
MICHAEL DOLAN and MAHO PARTNERS,                              :
LLC,                                                          :
                                                              :
                                                              :
                                            Defendants.       :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Barton LLP's complaint is dismissed under Rule 8 of the Federal Rules of Civil Procedure for failure to state a claim showing that the Plaintiff is entitled to relief.  The Plaintiff may refile an amended complaint.

    There are two claims at issue: an action on the prior judgment against Maho Partners, LLC and an action either piercing the corporate veil or on the guaranty against Dolan.  The amended complaint should be limited to those causes of action and must allege plausible allegations sufficient in law.  The amended pleading will be due on December 1, 2023.

    SO ORDERED.

Dated:    October 27, 2023                                  /s/ Alvin K. Hellerstein
             New York, New York                         ALVIN K. HELLERSTEIN
                                                                United States District Judge